# ALABAMA COURT OF CRIMINAL APPEALS



January 17, 2025

**CR-2024-0140**

Charles Dyson v. State of Alabama (Appeal from Montgomery Circuit Court: CC-95-1632.66, CC-95-1633.65, CC-95-1634.65, CC-95-1635.65, CC-95-1636.65, CC-95-1637.65, and CC-95-1638.66)

## <u>NOTICE</u>

You are hereby notified that on January 17, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk